JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRUCE DEREK SPRING,

    Petitioner,

vs.

STEVEN LANGFORD, WARDEN,

    Respondent.

Case No. CV 16-04664-JLS (DTB)

**JUDGMENT**

Pursuant to the Order re Summary Dismissal of Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: July 8, 2016

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE