JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DEREK SPRING,<br><br>　　　　　　Petitioner,<br><br>　　　vs.<br><br>STEVEN LANGFORD,<br>WARDEN, FCC LOMPOC<br><br>　　　　　　Respondent. | Case No. CV 16-04664-JLS (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.


DATED: August 3, 2017

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE