JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE DEREK SPRING,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>STEVEN LANGFORD,<br>WARDEN, FCC LOMPOC<br><br>　　　　Respondent. | Case No. CV 16-04664-JLS (DTB)<br><br>**CORRECTED J U D G M E N T** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: August 23, 2017

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

1